UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLORIA A. DOMINGUE                                CIVIL ACTION

VERSUS                                            NUMBER: 12-1870

MICHAEL J. ASTRUE,                                SECTION: "N"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. §405(g).

New Orleans, Louisiana, this 28th day of March, 20__.

UNITED STATES DISTRICT JUDGE