UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLORIA A. DOMINGUE                                         CIVIL ACTION

VERSUS                                                     NUMBER: 12-1870

CAROLYN W. COLVIN, ACTING                                  SECTION: "N"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff, Gloria A. Domingue, is awarded EAJA fees in the amount of $5,440.00 (34 hours @ $160.00 per hour).

New Orleans, Louisiana, this 11th day of August, 2014

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE